September 2, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

SANDRA NOHEMI MARTINEZ TAHUAL
c/o JORGE MUNOZ LAW FIRM
4000 FABER PLACE DR STE 300
CHARLESTON, SC 29405



IOE0933461933

RE: SANDRA NOHEMI MARTINEZ TAHUAL
I-485, Application to Register Permanent Residence or Adjust Status



A236-172-708

## REQUEST FOR EVIDENCE (FORM I-485)

Dear SANDRA MARTINEZ TAHUAL:

### Why We Are Writing You

On August 18, 2025, you submitted your Form I-485. We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- Submit one of the following:

1. Evidence of your lawful admission or parole into the United States. Such evidence includes, but is not limited to, Form I-94, Arrival/Departure Record, Form I-512 with completed arrival stamp, or a copy of the nonimmigrant visa page of your passport showing admission to the United States.

OR

2. Evidence that you were granted Parole-in-Place as a spouse, child or parent of someone who is serving on active duty in the U.S. Armed Forces, in the Selected Reserve of the Ready Reserve or who previously served in the U.S. Armed Forces or Selected Reserve of the Ready Reserve.

OR

3. If you last entered the United States without inspection but you seek to adjust your status under section 245(i) of the Immigration and Nationality Act (INA), submit the following:

- A completed and signed Supplement A. A valid signature consists of any handwritten mark or sign made by an individual, and does not include signatures created by a typewriter, word processor, stamp, auto-pen, or similar device.
- $1,000 penalty fee, if applicable.
- Evidence of eligibility for 245(i) adjustment. Such evidence may include, but is not limited to:
    - A copy of Form I-797, Notice of Action, showing you were the beneficiary (or derivative beneficiary) of an immigrant petition properly filed on or before April 30, 2001.  Evidence includes I-130, I-140, I-360 or I-526;
    - A copy of a Department of Labor Form ETA-750, Application for Alien Employment Certification, which was properly filed with the U.S. Department of Labor on or before April 30, 2001;
    - A copy of the acknowledgement letter from the local labor office or state workforce agency where your (or the principal beneficiary's) labor certification was originally filed on or before April 30, 2001. Any such letter must be issued by the agency, indicate the alien worker's name and provide the date the application was properly filed. Mere proof that a filing was mailed to the agency, such as a postal receipt, is not enough;
    - If you are a derivative beneficiary, providing documents that you were the spouse or child of the principal beneficiary at the time the eligible immigrant visa petition (or labor certification) was submitted.

When submitting the $1,000 surcharge fee, you must submit the fee with the Supplement A and a copy of your I-485 receipt notice to:

USCIS
PO Box 805887
Chicago, IL 60680-4120

The $1,000 penalty fee must be paid with each application submitted under the provisions of Section 245(i) of the Act.

Failure to submit a Supplement A or a copy of the Supplement A along with the penalty fee will result in your payment being rejected.  This may result in a denial of your application(s).

You do not need to pay the $1,000 fee if at the time of filing you are:

- Under 17 years of age; or
- The spouse or child (unmarried and under 21 years of age at the time of filing Form I-485) of a legalized alien, and have a copy of a USCIS receipt or approval notice for a properly filed Form I-817, Application for Family Unity Benefits.

NOTE: You will NOT be refunded the $1,000 penalty fee, if you are not 245(i) eligible.

### When You Need To Do It

You must submit the requested information by November 28, 2025. You must either mail the requested information to

the address shown below or scan and upload your response using your USCIS online account (if applicable).

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

**If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.**

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

<u>Please include a copy of ALL pages of this letter with your response.</u>

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| **U.S. Department of Homeland Security** | **USCIS, Attention: Adjustment of Status** |
| PO Box 648004 | 850 NW Chipman Rd |
| Lee's Summit, MO 64002 | Lee's Summit, MO 64063 |

<u>Please do not forget to include a copy of ALL pages of this letter with your response.</u>

Sincerely,

Rose M. Kendrick
Acting Director
Officer: LA-0486

