January 12, 2026

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002




**U.S. Citizenship
and Immigration
Services**

JORGE ENRIQUE MUNOZ LEGUIZAMO
JORGE MUNOZ LAW FIRM PLLC
2100 W LOOP S STE 1125
HOUSTON, TX 77027



IOE0933461933



RE: SANDRA NOHEMI MARTINEZ TAHUAL
I-485, Application to Register Permanent Residence or
Adjust Status

### NOTICE OF DECISION

Dear SANDRA MARTINEZ TAHUAL:

On August 18, 2025, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS).

After a thorough review of your application and the record of evidence, we must inform you that we are denying your application.

To qualify for adjustment under section 245 of the Immigration and Nationality Act (INA), an applicant must:

- Be inspected and admitted or paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

You must demonstrate that you are eligible to adjust status to a lawful permanent resident (LPR). See Title 8, Code of Federal Regulations (8 CFR), section 245.1.

### Statement of Facts and Analysis, Including Reason(s) for Denial

You filed Form I-485 based on being the beneficiary of an immigrant petition.

On September 2, 2025, USCIS issued a Request for Evidence (RFE) advising you that the evidence supporting the application was insufficient to establish your eligibility for adjustment at the time you filed the application. The RFE required you submit:

- Evidence of your lawful admission or parole into the United States. If you last entered the United States without inspection, you must submit evidence of your eligibility for adjustment of status under section 245(i) of the INA and a completed and signed supplement A to Form I-485 with the 245(i) surcharge fee if required.

On November 18, 2025, you responded to the Request for Evidence. You submitted:

- Correspondence from Jorge Munoz.
- A copy of email correspondence dated October 16, 2025.
- A copy of a letter from USCIS NRC dated September 10, 2025.
- A copy of Request Details for Control Number NRC2025417660.
- Correspondence from Sandra Martinez.
- A copy of a SecureRelease Portal Details of Request.

After reviewing the evidence, USCIS has concluded that you are not eligible to adjust status because you failed to submit:

- Evidence of your lawful admission or parole into the United States. If you last entered the United States without inspection, you must submit evidence of your eligibility for adjustment of status under section 245(i) of the INA and a completed and signed supplement A to Form I-485 with the 245(i) surcharge fee if required.

You have not established that you are eligible for adjustment under INA 245. Therefore, USCIS must deny your Form I-485. See 8 CFR, sections 103.2(b)(11) and (12).

Since this Form I-485 has been denied, the condition upon which your Employment Authorization document and/or Advance Parole document was based, no longer exists. Therefore, USCIS has determined that any pending Application for Employment Authorization, Form I-765, and/or Application for Travel Document, Form I-131, related to the Form I-485 are also denied.

Any unexpired Employment Authorization document based upon this Form I-485 is revoked as of 18 days from the date of this notice pursuant to 8 CFR 274a.14(b)(2), unless you submit, within 18 days, proof that your Form I-485 remains pending. The decision shall be final and no appeal shall lie from the decision to revoke the authorization. Any unexpired Advance Parole document based upon this Form I-485 is terminated as of the date of this notice pursuant to 8 CFR 212.5(e)(2)(i). Any unexpired Employment Authorization document and/or Advance Parole document based upon this Form I-485 should be returned to the local USCIS office.

You may not appeal this decision. However, if you are issued a Notice to Appear, you will have an opportunity to renew your application for adjustment of status and/or to request any other relief that may be available in removal proceedings before an Immigration Judge. See Title 8, Code of Federal Regulations (8 CFR), section 245.2(a)(5)(ii). Furthermore, this decision is without prejudice to future applications filed with the appropriate USCIS office.

If you believe that the denial of your Form I-485 is in error, you may file a motion to reopen or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. You must submit Form I-290B within 30 days from the date of this notice (33 days if this notice was received by mail).

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov. For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.



The motion shall be filed on Form I-290B, together with the current fee and mailed to:

USCIS
Attn: AOS
P.O. Box 805887
Chicago, IL 60680

If USCIS determines that you are inadmissible pursuant to INA 212 or deportable pursuant to INA 237 and you do not depart the United States, USCIS may issue you a Notice to Appear and commence removal proceedings against you with the immigration court.

Sincerely,

Rose M. Kendrick
Acting Director
Officer: LA1526






US POSTAGE & FEES PAID IMI
Stamps.com
063S0001443249
18940179
FROM 77027
8 OZ GROUND ADVANTAGE RATE
ZONE 5
Commercial

02/10/2026

USPS GROUND ADVANTAGE™     0001

JORGE MUNOZ LAW FIRM
2100 West Loop S Ste 1125
Houston TX 77027-3538

SHIP
TO:

U.S.C.I.S
FOIA/PA APPEALS OFFICE
150 Nw Space Center Loop Ste 500
Lees Summit MO 64064-2137

USPS TRACKING #

9400 1501 0579 6055 9242 59