U.S. C.I.S
FOIA/PA APPEALS OFFICE
150 SPACE CENTER LOOP
SUITE 500
LEE'S SUMMIT, MO 64064-2139

_____
                                         )      **File No.: A # (s):** ███████
**In the Matter of:**                    )      **NRC NRC2025417660**
                                         )
*MARTINEZ TAHUAL , Sandra*               )
                                         )
        **In FOIA Proceedings**          )
_____

### FREEDOM OF INFORMATION ACT APPEAL

**Requestor**

Jorge E. Munoz Esq.
Jorge Munoz Law Firm
4000 Faber Place Dr Suite 300
Charleston, SC 29405

COMES NOW, Jorge Munoz, attorney at law and counsel of record of the subject, and submits the instant Freedom of Information Act Appeal. Counsel submitted a FOIA request on September 8, 2025. In the submission, clear and unequivocal permission from Ms. Sandra Martinez Tahual, the subject, was provided for the release of her immigration file to her attorney, the requester. Withholding of the file is inappropriate and the withheld records should be released to the undersigned attorney of record, in their entirety, in an expeditious manner and for the following reasons:

1. The requester is Ms. Martinez's attorney of record. A duly executed release, including form G-28, Notice of Entry as Attorney, was included with the FOIA request for release of all records.
2. Full disclosure of all records is necessary in order to properly represent our client before U.S. Citizenship and Immigration Services (USCIS).
3. The Agency failed to explain why releasing the records "would constitute a clearly unwarranted invasion of personal privacy" when the subject retained the legal services of the requester and signed the proper release. The privacy rights of third parties involved

1

are minimal compared to the substantial public interest in ensuring that individuals receive fair legal representation and access to all relevant records for their defense.

4. Withholding records on account of "unwarranted invasion of personal privacy" is inapplicable when the subject has signed consents for the release of documents and when the requester has a legal right/duty to obtain the records pursuant to legal representation. The information sought includes key documentation necessary to provide effective legal representation before U.S. Citizenship and Immigration Services (USCIS), to fully assess the client's immigration history, and to properly prepare and present her case. The requested records are essential to ensure a complete and accurate review of all matters relevant to her immigration proceedings.

5. There are no reasonable law enforcement exclusions in this matter. There are no on going criminal or other types of investigation, additionally the denial states the only concern is for the privacy of the subject, a privacy she released upon the signing of the appropriate forms.

6. There is no harm to the government in releasing documents that the subject has expressly authorized to be disclosed to the requestor. Conversely, substantial harm would result to the subject if her attorney of record is unable to obtain the complete FOIA file necessary to adequately prepare and represent her in ongoing immigration proceedings.

For the above stated, Counsel requests the expeditious release of Mrs. Martinez's immigration file.

Respectfully,

Jorge E. Munoz Esq.
Jorge Munoz Law Firm
4000 Faber Place Dr Suite 300
Charleston, SC 29405

2