CO-386
10/2018

# United States District Court
# For the District of Columbia

SANDRA MARTINEZ
TAHUAL
)
)
)
)
Plaintiff )

vs

U.S. CITIZENSHIP AND
IMMIGRATION
)
)
)
)
)
Defendant )

Civil Action No.__ 26-cv-1581 _____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __SANDRA MARTINEZ TAHUAL__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __SANDRA MARTINEZ TAHUAL____ which have

any outstanding securities in the hands of the public:

None. Plaintiff is a natural person.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Daniel Melo_____
Signature

NC 48654
_____
BAR IDENTIFICATION NO.

Daniel Melo
_____
Print Name

2920 Forestville Rd, Ste 100, PMB 1192
_____
Address

Raleigh          NC          27616
_____
City          State          Zip Code

919-348-9213
_____
Phone Number