AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Sandra Martinez Tahual | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-01581 |
| US Citizenship and Immigration Service | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Martinez Tahual                                                                          .

Date:      05/08/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616

*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|