# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Jorge Enrique Munoz Leguizamo, Federal ID No 3900232

Admission date: November, 18, 2024

Dated January 20, 2026, at Houston, Texas.

Nathan Ochsner, Clerk of Court



By: Heather McCalip, Deputy Clerk