**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SANDRA MARTINEZ TAHUAL
   Plaintiff,

  v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

   Defendant.

Case No. 26-cv-1581

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Jorge Munoz

Leguizamo and the Declaration Jorge Munoz Leguizamo submitted in support of the Motion;

  IT IS HEREBY ORDERED that the Motion is GRANTED, and that Jorge Munoz be, and

that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above

captioned case.

Dated:_____

_____
Hon.
United States District Judge