**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SANDRA MARTINEZ TAHUAL
          Plaintiff,

    v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

          Defendant.

Case No. 26-cv-1581

**MOTION FOR PRO HAC
VICE ADMISSION**

### <u>Motion for Jorge Munoz to Appear *Pro Hac Vice*</u>

Movant, Daniel Melo, a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, hereby moves this Court for permission for Jorge Munoz Leguizamo to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(c).

In support of the motion, Attorney Melo states that Jorge Munoz Leguizamo, the managing attorney of the Jorge Munoz Law Firm, 2100 W Loop S #1125, Houston, TX 77027, is a member in good standing of the bar of the Supreme Court of Texas and several federal bars. The declaration of Attorney Munoz is attached as Exhibit A. *See* LCvR 83.2(d). A proposed order is attached.

Movant respectfully requests Jorge Munoz Leguizamo be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff. Mr. Munoz will serve as co-counsel for Plaintiff with the undersigned, who will continue to serve as counsel for Plaintiff as well. Plaintiff's counsel is unable to confer with opposing counsel as no appearance has been entered on behalf of Defendant.

Date:   May 21, 2026                Respectfully submitted,

By: /s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com