# United States Court of Appeals
# for the Fifth Circuit

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Jorge Enrique Munoz Leguizamo** was duly admitted to practice in this Court on February 17, 2025, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on May 20, 2026

_Lyle W. Cayce_
LYLE W. CAYCE
Clerk

By: _Sabrina B. Short_
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified May 20, 2026**

_Lyle W. Cayce_
**Clerk, U.S. Court of Appeals, Fifth Circuit**