**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SANDRA MARTINEZ TAHUAL

      Plaintiff,

  v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

      Defendant.

Case No. 26-cv-1581

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipts attached):

| | |
|---|---|
| USCIS Office of Chief Counsel<br>5900 Capital Gateway Dr, Mail Stop 2120<br>Camps Springs, MD 20588 | Served May 19, 2026 |
| U.S. Attorney for the District of Columbia<br>601 D Street, NW<br>Washington, DC 20579 | Served May 20, 2026 |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Served May 20, 2026 |

Dated: June 4, 2026

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213

1

dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*