# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702183241130

Copy          Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:36 am on May 20, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
May 20, 2026 4:36 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates                    ⌄

USPS Tracking Plus®                      ⌄

Product Information                      ⌄

See Less ⌃

Track Another Package

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702183241123

Copy          **Add to Informed Delivery**

### Latest Update

Your item was delivered to an individual at the address at 9:39 am on May 19, 2026 in WASHINGTON, DC 20529.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20529
May 19, 2026 9:39 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                    ∨

**USPS Tracking Plus®**                     ∨

**Product Information**                     ∨

**See Less** ∧

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702183241147

Copy          Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:36 am on May 20, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
May 20, 2026 4:36 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                    ⌄

Product Information                                    ⌄

See Less ⌃

Track Another Package

