AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| SANDRA MARTINEZ TAHUAL | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| *Defendant* | ) |

Case No.   26-cv-1581

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SANDRA MARTINEZ TAHUAL                                    .

Date:     06/25/2026

/s/ Jorge Munoz
*Attorney's signature*

Jorge Munoz ; 24134374
*Printed name and bar number*

2100 W Loop S #1125,
Houston, TX 77027

*Address*

jorge@jmimlaw.com
*E-mail address*

(346) 576-5000
*Telephone number*

*FAX number*