UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA MARTINEZ TAHUAL,

      Plaintiff,

    v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

      Defendant.

Civil Action No. 26-1581 (RBW)

## **JOINT PROPOSED SCHEDULE**

Pursuant to this Court's Minute Order dated July 7, 2026, Plaintiff Sandra Martinez Tahual and Defendant U.S. Citizenship and Immigration Services ("USCIS") respectfully submit this joint proposed schedule governing further proceedings.

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to a FOIA request submitted by Plaintiff to USCIS in September 2025. Compl. (ECF No. 1) ¶¶ 18–21. USCIS filed its Answer in June 2026 (ECF No. 10), and this court entered a minute order requiring the parties to "file a joint proposed briefing schedule governing further proceedings" by August 4, 2026.

2. The parties have conferred via electronic mail and jointly provide the following report. USCIS reports that on July 16, 2026, it made a final production of responsive, non-exempt documents responsive to Plaintiff's request. Plaintiff is reviewing the production and the parties will confer regarding any issues that may arise.

3. Because USCIS' production is currently under review by Plaintiff, the parties respectfully submit that it would be premature to establish a briefing schedule at this time. Once the parties confer to narrow or eliminate issues that might otherwise be subject to motion practice,

- 2 -

they will provide the Court a further update regarding the status of this litigation.  To that end, the

parties propose to submit a joint status report in sixty days unless this suit is voluntarily dismissed

before then.


Dated:  August 4, 2026                                          Respectfully submitted,

By: /s/ Daniel Melo                                            JEANINE FERRIS PIRRO
Daniel Melo                                                    United States Attorney
The Melo Law Firm
NC Bar # 48654                                                     /s/ Andrew J. Vaden
2920 Forestville Road, Ste 100                                 ANDREW J. VADEN, D.C. Bar #1044860
PMB 1192                                                       Assistant United States Attorney
Raleigh, NC 27616                                             601 D Street, NW
Tel: (919) 348-9213                                           Washington, DC 20530
dan@themelolawfirm.com                                        (202) 252-2437
*Counsel for Plaintiff*

                                                              *Attorneys for the United States of America*