UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA MARTINEZ TAHUAL,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Civil Action No. 26-1581 (RBW)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 5, 2026, Plaintiff Sandra Martinez Tahual and Defendant U.S. Citizenship and Immigration Services ("USCIS") respectfully submit the following joint status report.

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), and relates to a FOIA request submitted by Plaintiff to USCIS in September 2025. Compl. (ECF No. 1) ¶¶ 18–21. USCIS filed its Answer in June 2026 (ECF No. 10), and this court entered a minute order requiring the parties to "file a joint proposed briefing schedule governing further proceedings" by August 4, 2026.

2. The parties have conferred via electronic mail and jointly provide the following report. USCIS reports that on July 16, 2026, it made a final production of responsive, non-exempt documents responsive to Plaintiff's request. Plaintiff is reviewing the production, and the parties are conferring with a view to narrow or eliminate issues that might otherwise be subject to motion practice.

3. In view of these developments, the parties propose to submit a joint status report in sixty days.

Dated: October 5, 2026

By: /s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*